**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WESLEY ELISHA GRISSOM,
ADC #110265**                                                                                                    **PLAINTIFF**

V.                              **CASE NO. 5:13CV00045 SWW/BD**

**RANDY SMITH, et al.**                                                                                    **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition ("Recommendation"), recommending that Mr. Grissom's claims be dismissed. After a careful review of the Recommendation and Mr. Grissom's objections, as well as a *de novo* review of those portions of the record to which Mr. Grissom objects, the Court concludes that the Recommendation should be adopted as this Court's findings in all respects.

Mr. Grissom's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 25th day of March, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE